UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------x
Baila Reinhold

                                               Plaintiff,

    -v.-

Experian Information Solutions, Inc.,
Comenity Bank,

                                              Defendants.
---------------------------------------------------------------------------x

Civil Action No:
1:21-cv-7122

## NOTICE OF SETTLEMENT AS TO COMENITY BANK

      Notice is hereby given that the Plaintiff and the Defendant, Comenity Bank, have settled this matter. The parties anticipate completing settlement documents and filing a dismissal with the Court within the next sixty (60) days. The parties request that the Court retain jurisdiction for these parties during said sixty (60) day period.

DATED, this 3rd day February, 2022

                                                             */s/Tamir Saland*
                                                              Tamir Saland, Esq.
                                                              **Stein Saks, PLLC**
                                                              One University Plaza
                                                              Hackensack, NJ 07601
                                                              Phone: 201-282-6500
                                                              tsaland@steinsakslegal.com

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically filed on February 3, 2022 with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                */s/ Tamir Saland*
                                                Tamir Saland, Esq.