UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BAILA REINHOLD,
    Plaintiff,

v.                                                                          CASE NO.: 1:21-cv-7122

EXPERIAN INFORMATION SOLUTIONS, INC.
COMENITY BANK

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL AS TO COMENITY BANK**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Comenity Bank that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** March 7, 2022

| For Plaintiff Baila Reinhold | For Defendant Comenity Bank |
|---|---|
| *s/ Tamir Saland*<br>Tamir Saland<br>Stein Saks, PLLC<br>1University Plaza<br>Hackensack, NJ 07601<br>Ph: 201-282-6500<br>tsaland@steinsakslegal.com | *s/Dana Marie Carrera*<br>Dana Marie Carrera<br>McGlinchey Stafford<br>112 West 34th Street<br>New York, NY 10120<br>646-362-4047<br>dcarrera@mcglinchey.com |

## CERTIFICATE OF SERVICE

I certify that on March 7, 2022, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                          */s/ Tamir Saland*
                                          Tamir Saland
                                          **Stein Saks, PLLC**
                                          *Attorneys for Plaintiff*